**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 14 2023

MITCHELL R. ELFERS
CLERK

UNITED STATES DISTRICT COURT
District of New Mexico

CM/ECF PRO SE NOTIFICATION FORM
Case Management/Electronic Case Files

This form is used to elect the type of notification of filing to be received from the Court's Case Management/Electronic Case File (CM/ECF) system. Please select only **ONE** type of notification and complete the necessary information.

PLEASE TYPE or PRINT

| Please enter party information ||
|---|---|
| Case Number: | |
| First/Middle/Last Name: | Krystle Xylina Miller-Albarez |
| Contact Phone Number: | ~~(redacted)~~ (Include Area Code) |
| Complete the following information for **either** a P.O. Box or physical address, not both. ||
| Address: | 2801 Cerrillos rd |
| City/State/Zip: | Santa Fe, New Mexico 87505 |
| Please choose the method of notification (select only one) ||
| O | I elect to receive notification via **postal mail** (Using the address entered above, either a P.O. Box or physical address.) |
| O | I elect to receive notification via **E-Mail** ** (Complete the following information) |
| ~~E-Mail Address:~~ | |
| O | I elect to receive notification via **Fax** ** (Complete the following information. Failures due to invalid or busy fax numbers will be delivered via postal mail to the address above) |
| ~~FAX Number:~~ | (Include Area Code) |

**For Fax or E-mail, by submitting this notification form, the undersigned consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) and 77(d) via the Court's electronic filing system. Repeated failures, of either the fax number or e-mail address, will result in the information being removed from the case and subsequent notifications will be delivered via postal mail.

Signature: Krystle Xylina Miller Alby
Date: 7-14-2023

Submission: You may submit this completed AND signed form via one the following:

| Mail | Fax | E-Mail |
|---|---|---|
| United States District Court ATTN: CM/ECF Notifications 333 Lomas Blvd NW, Suite 270 Albuquerque, NM, 87102 | 505-348-2028 | cmecf@nmd.uscourts.gov (Scan to PDF file format) |

*Note: Questions regarding this form may be directed to our CM/ECF Help Desk at (505) 348-2075 or via email (at the above email address).*